(No. 6049-

MINNESOTA MINING AND MANUFACTURING COMPANY, Claimant, *vs.* STATE OF ILLINOIS, STATE FAIR AGENCY, Respondent.

*Opinion filed November 9, 1971.*

CHARLES W. OTT, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.